**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-six.

---

Omar Ramos Jimenez, Maria Antonieta Bocanegra Ponce,

Petitioners,

v.

Todd Blanche, Acting United States Attorney General,

Respondent.

---

**ORDER**
Docket No. 26-442

Counsel for Petitioners Omar Ramos Jimenez and Maria Antonieta Bocanegra Ponce has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 5, 2026 as the brief filing date.

It is HEREBY ORDERED that Petitioners' brief must be filed on or before August 5, 2026. The appeal is dismissed effective August 05, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe